139 F.3d 907
 NOTICE: Ninth Circuit Rule 36-3 provides that dispositions other than opinions or orders designated for publication are not precedential and should not be cited except when relevant under the doctrines of law of the case, res judicata, or collateral estoppel.
Janell PHILLIPS; Glen Phillips; James J. Phillips; Donald
Phillips; Carmelita Phillips; Arthur Acevedo; Michael J.
Acord; Javier Aguilar; Sylvia Aguilar; Maria S. Alonzo;
Miguel Alonzo; Leticia Almarez; Linda Alvarado; Manuel
Alvarez; Frank J. Anderson; Loreeta S. Anderson; Eleanor
Andriuzzo; Linda J. Anderson; Michael L. Anderson; Scott
Carl Anderson; Wayne N. Andriuzzo; Gloria Applebaum; Jack
Applebaum; Larry A. Applebaum; Elouisa Arguello; Orlando
Arguello; Luz Arrieta; Jelica Atanasoff; Alfonso Atencio;
Maryanne Babin; Norbert C. Bach; Jack Badolian; Patricia
Badolian; Kym L. Bailey; Joan MacCaughtry; Stephen Baio;
Georgina K. Baldino; Leo P. Baldino; Loriza Azuela;
Cynthia Baltzer; Gary Baltzer; Nellmary K. Barbee; Terry
W. Barbee; Lela C. Beck; Ray L. Beck; Jeffrey L. Beckett;
Victoria L. Beckett; Brian C. Beedle; Neva Faye Beedle;
Richard Beedle; Lisa S. Bennett; Rachel Bennett; Thomas
Bennett; Veradayne Bennett; Frances Bentley; Louis L.
Berry; Marie Blackmer; Leonor Blandon; James P. Blumer;
Suzanne Blumer; Caroline J. Boles; Brian D. Bomar; Judy
R. Bomar; Elizabeth A. Bondeson; Miguel Jorge Bravo; Mary
Anne Broome; Richard P. Burghardt; Theresa S. Burghardt;
Amie M. Burghardt; Teri Ann Byrne; Erin N. Byrne; James
J. Byrne; Brandon Byrne; Alejando Cajina; Gloria Cajina;
Cameron Mitchel Brown; Don R. Brown, Plaintiffs-Appellees,
v.
LOCKHEED MARTIN CORPORATION, a Maryland Corporation,
Defendant-Appellant.
Henry E. ADRIATICO, Plaintiff-Appellee,
v.
LOCKHEED MARTIN CORPORATION, a Maryland Corporation,
Defendant-Appellant.
Toni ALLEN; Bryan Allen; Michael Allen; Sherrie Allen;
Christopher Allen; Claudia Y. Alonzo; Christina Alonzo;
Mario A. Alvarado; Carlos E. Alvarado; Aura A. Alvarado;
Jose F. Alvarado; Cecilia Alvarado; Olga S. Alvarado;
John P. Angelus; Patricia Arnone; Vincent Arnone; Joe
Arnone; Anna Arnone; Johnny Arredondo; Kevin S. Bailey;
Kenneth R. Bailey; Karyn Bailey; Andy Baio; George A.
Bakas; John G. Bakas; Helen G. Bakas; Joseph P. Baldino;
Nora M. Barassi; Joan Bergman; Lucia D. Bernard; Frances
L. Berrios; David Bollingen; Michaelene O. Bollingen;
Barbara Bray; Rose Brooks; Norman L. Broome; Barbara
Brown; Barry Bryant; Frances Bunch; Richard P. Burghardt;
Theresa S. Burghardt; Amie M. Burghardt; Cindy Burnette;
Bruce Burres; Marjorie Burres Minns; Shawn Butler;
Barbara Butler; James J. Byrne; Erin N. Byrne; Brandon
James Byrne; Teri Ann Byrne; Mario D. Camarena; Carlos
Gonzalez Camarena; Jennifer Carrillo; June M. Clifford;
Alba Cespedes; Mario Cespedes; Paul Cespedes; Virgnia J.
Champeau; Joe Charhes; Eudie Charhes; Carol Chasse; Paul
Chasse; Michelle Chasse; Constance Christianakis; Mary
Christianakis; Stavros Christianakis; Athena
Christianakis; Stratos Christianakis; Joseph Cobos;
Ernest B. Cobos; Arthur J. Cobos; Louis B. Cobos; Ralph
Arthur Cobos; Gail Connell; Gerald W. Dailey; Gurdeep
Kaur Dailey; Alisa A. Dangenzio; Rita Dangenzio; Carmen
Dangenzio; Darla Dangenzio; Louis W. Dangenzio, Jr.;
Dixie M. Dangenzio; Louis E. Dangenzio, Sr.; Allan L.
Davey; Marie Davey; Laurie E. Davey; Betty L. Davis;
Anthony M. Desoto; Colleen Devlin; Mary Ann Devlin; Betty
J. Dewaal; Frank E. Dimambro; Joseph Dimambro; Dorina E.
Dimambro; Charles E. Douglas; Dawn Duncan; Laura Duncan;
Jeannette L. Duran; Norma Echenique; Carlos Echenique;
Esther L. Espinoza; Connie Jean Estrada; Charles Joshua
Estrada; Mary R. Estrella; L. Robert Estrella; Denise K.
Evans; Thomas A. Evans; Tammie Marie Fagan; Lawrence W.
Fagan, Sr.; Christina Farazzo; Nicki J. Ferrand; Cameron
S. Ferrand; Matthew C. Ferand; Helen M. Ferrari; Manuela
Flores; Thomas C. Foreman; Armando T. Francisco; Duane
Frantz; Jeannene Frantz; Michael P. Frazier; Roberto
Fuentes; Debbie A. Garcia; Mary Gardemann; Marnie
Gatmaitan; Oscar Gaviola; Watrridad C. Gaviola; Shannon
Leverne Gehler; Dorothy S. Gehler; Gloria J. Giammaria;
Dana Giammaria; Jose Gonzalez; Elizabeth Gorden; Robert
Gorden; Patricia C. Gorden; Joseph E. Goss; Chester E.
Gudger; Joanne Gudger; Arlene Hall; Toni Hamilton;
Phyllis Heath; Belia Henderson; Billy Edwin Henderson;
Humberto Herrera; Christian Herrera; David Herrera;
McEugenici Herrera; Carol Herera; Patricia Hill Makita;
Debbie Hinz; Michael J. Hollis; Daniel Houy; Linda M.
Hunt; Regina Jelues; Robert Johnston; Ruth J. Jones;
Ronald. Jones; Dora Karnakis; Kostas Karnakis, Jr.; James
Patrick Kassenborg; Timothy P. King; Gabriella Kohlman;
Sherri Lauas; Kevin Lindemann; Mary Ellen Lindermann;
Cindy M. Lloyd; Melida C. Lopez; Pablo Lopez; Antonio
Jose Lora; Marionella Lora; Rosa Helena Lora; Donald
Lyneis; Jose M. Macaranas; Gene Maclean; Paula Maclean;
Bonnie B. Manning; Norman B. Manning; Margaret Martinez;
Abelardo Martinez; Linda Jean Martinez; Marianina Mascari;
Paul Mayes; Klein Mayes; Patrick Owen McBride; Sharon
McGinley; Robert Merlo; Nancy Merlo; Michelle Mersola;
Joseph Mersola; Avedis Mesropian; Carol Micalchuck; David
Michael Montana; Linda A. Montana; Lionel L. Moss; Berta
Munos; Niculae Muraciov; William R. Murphy; Stella M.
Nelson; Maiada Nihem; Akram Nihem; Maria L. Norris;
Joseph J. Norris; Tery L. O'Steen; Jesus Ortiz; Salvador
Ortiz; Yolanda Ortiz; Ignazia J. Palumbo; Apraham
Panossian; Juan Parungao; Rich Pathi; Fred Pathi; Myra
R. Patiag; Edward Perez; Leroy H. Peterson; Todd T.
Phillips; Donna Pickler; Norma V. Puente; Jose Puente;
Lourdes M. Puente; Mark Ragonese; Angela M. Ramas; Lisa
M. Ramirez; Percy W. Raspberry; Bridget F. Razo; Ethel W.
Reber; John Recesso; Beatriz Gonzalez Reiter; Diana F.
Rillera; John C. Rocke; Roger Michael Rogers; Marjorie
Rohrman; Gregg Roth; Mildred R. Roth; Donald L. Roth;
Robert Sage; Lois Sage; Omar Sanchez; Mario Sarabia;
Betty S. Scantland; Walter A. Scantland; Ann E. Schmidt;
Fran W. Serafin; Saridad David Serafin; Arlene Sexton;
Arnold Preston Sexton; Christopher Silveira; Gina M.
Silveira; Savio J. Silveira; Peter Silveira; Elvira
Silveira; Alice Sognalian; Marion Spracello; Sharon
Steffensen; Marianne E. Sweers; Dezso Tenke; Gladys
Tenke; Richard Tenke; Brandi Tenke; Carmella Tibskraesey;
Adolfo Eliseo Toledo; Gloria I. Toledo; Michael Toon;
Brandee Topping; Maria Del Carmen Torrez; Jose E. Torrez;
Joann R. Treviso; Jennifer C. Treviso; Lucille M. Trout;
Ruben Tudela; Debby Turk; Daniel E. Turk; Maritza
Umpierre; Paul Umpierre; Mary Jane S. Unsworth; Mary C.
Unsworth; Patricia A. Valdez; Ricardo Valles; Betty S.
Vanole; Charles Vanole, Jr.; Reinaldo B. Vela; Elena
Vela; Mark Ventura; Karen A. Waddell; John R. Waddell;
Aileen Waltner; Peter S. Waltner; Kathryn Warner; Louise
C. White; Susie Whitesel; Lisa Wiljeck; John H. Wiljeck;
Kimberly A. Williams; Christine Wright; Phyllis A.
Yardley; Thomas J. Yardley; Brett Yarme; Martha Zamora;
Henry Zamora; Scott Zimarick; Dale R. Zimarick; Sheila A.
Zimarick, Plaintiffs-Appellees,
v.
LOCKHEED MARTIN CORPORATION, a Delaware Corporation; A-H
Plating Inc., a California Corporation,
Defendants-Appellants.
Rosalba M. ACEVEDO; Ibet Acevedo; Brian Zsupnik; Cathleen
G. Zsupnik, Plaintiffs,
and
Henry E. ADRIATICO, Plaintiff-Appellee,
v.
LOCKHEED MARTIN CORPORATION, a Maryland Corporation,
Defendant-Appellant.
 No. 97-55738, 97-55732, 97-55741.
D.C. CV-96-07673-MRP.
D.C. No. CV-97-00058-MRP.
D.C. No. CV-96-07671-MRP.
D.C. No. CV-97-02305-ABC.
 United States Court of Appeals, Ninth Circuit.
 Argued and Submitted Feb. 3, 1998.
Decided Feb. 20, 1998.
 
 Appeal from the United States District Court for the Central District of California Mariana R. Pfaelzer, District Judge, Presiding.
 Appeal from the United States District Court for the Central District of California Audrey B. Collins, District Judge, Presiding.
 Before PREGERSON, HALL, and NOONAN, Circuit Judges.
 
 
 1
 ORDER*
 
 
 2
 This court has no jurisdiction over Lockheed's appeal of the district court's order remanding this case to the state court. See 28 U.S.C. § 1447(d). We note for the record that plaintiffs' counsel agreed during oral argument to waive and not to assert in state court any claims based on the collateral estoppel or res judicata effect of the federal proceedings.
 
 
 3
 APPEAL DISMISSED.
 
 
 
 *
 This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36-3